**Order entered January 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00426-CR

**JAVEON DEROID DALCOURZUBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F15-10957-J**

## ORDER

The reporter's record was filed November 9, 2018. After reviewing the record, the Court determined that several exhibits were missing and ordered a supplemental reporter's record filed with those exhibits. Although court reporter Kimberly Xavier filed a supplemental reporter's record on December 27, 2018, State's Exhibit #60, labeled "CD – Children's Health Medical Records" is still missing from the record.

We **ORDER** court reporter Kimberly Xavier to file a supplemental reporter's record containing State's Exhibit #60 within **TEN DAYS OF THE DATE OF THIS ORDER**. We caution Ms. Xavier that the failure to file the supplemental reporter's record by that date may result in the Court taking whatever action it deems appropriate to ensure this appeal proceeds in a

more timely fashion, including ordering that she not sit until the supplemental reporter's record is filed.

Once the supplemental reporter's record is filed, the Court will rule on appellant's January 16, 2019 motion to extend time to file his brief.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No.3; Kimberly Xavier, court reporter, Criminal District Court No.3; and counsel for all parties.


/s/     LANA MYERS
        JUSTICE